# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00114-CV

### S. W., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
### NO. 18-1542, THE HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

Appellant S. W. filed his notice of appeal on February 11, 2020. The appellate record was complete March 10, 2020, making appellant's brief due March 30, 2020. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order Robert Caine to file appellant's brief no later than April 13, 2020. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on April 2, 2020.

Before Chief Justice Rose, Justices Baker and Triana